UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher Cremeans

      v.                                                            Civil No. 08-cv-03-JL

NH Department of Corrections, Commissioner

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 12, 2008.

SO ORDERED.

March 5, 2008                         */s/ Joseph N. Laplante*
                                      Joseph N. Laplante
                                      United States District Judge

cc:   Christopher Cremeans, Pro se